DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ABS HEALTHCARE SERVICES, LLC,** and **HEALTH OPTION ONE, LLC,**
Appellants,

v.

**FRANCIS DESOLA,**
Appellee.

No. 4D20-1702

[March 11, 2021]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas Richard Lopane, Judge; L.T. Case No. CACE-20-006870.

Carlos M. Sires and Sigrid S. McCawley of Boies Schiller Flexner LLP, Fort Lauderdale, and James Fox Miller of Boies Schiller Flexner LLP, Hollywood, for appellants.

Samuel A. Lewis, James A. Gale, David M. Stahl, Matthew N. Horowitz and Jonathan E. Gale of Cozen O'Connor, Miami, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, FORST and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***